PAUL B. SALVATY - State Bar No. 171507
psalvaty@glaserweil.com
CAMERON M. KALUNIAN - State Bar No. 244418
ckalunian@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
Westbourne Capital, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Westbourne Capital, LLC, | CASE NO.: CV 11-9193-GHK (RZx) |
|---|---|
| Plaintiff, | **PLAINTIFF WESTBOURNE CAPITAL, LLC'S RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| Residential Credit Solutions, Inc., | |
| Defendant. | |

Plaintiff Westbourne Capital, LLC ("Westbourne") responds to the Court's November 15, 2011 Order to Show Cause (the "Order") as follows:

In the Order, the Court directed Plaintiff to address the issue of subject-matter jurisdiction based on diversity of citizenship because the Complaint does not provide sufficient information concerning the citizenship of Westbourne, a limited liability company. As set forth in the Order, for purposes of diversity jurisdiction, "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens." Order at 1, *citing Johnson v. Columbia Properties Anchorage, LP.*, 437 F.3d 894, 899 (9th Cir. 2006) . Here, there is complete diversity between the parties. Because none of Westbourne's owners/ members are citizens of Delaware or Texas, the Court has diversity jurisdiction over Westbourne's claims pursuant to 28 U.S.C. § 1332.

1

748231

**Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP**

### Citizenship of Westbourne's members and partners

The sole member of Westbourne is Seven Rivers Finance, LLC.  The sole member of Seven Rivers Finance, LLC is Key Biscayne Family Limited Partnership.  As a limited partnership, Key Biscayne Family Limited Partnership is a citizen of each state in which its partners are citizens.  The general partner of Key Biscayne Family Limited Partnership, with a 1% partnership interest, is Cavendish Investments, Inc., a Nevada corporation with its principal place of business in California.  The remaining 99% of Key Biscayne Family Limited Partnership is owned by individuals who are citizens of Florida and California.  Specifically, the remaining 99% of Key Biscayne Family Limited Partnership is owned by Steven Kirsch, Stacey Kirsch and the Estate of Roberta Kirsch.  Steven Kirsch is an individual domiciled in the State of Florida.  Stacey Kirsch is an individual domiciled in the State of California.  Roberta Kirsch is a decedent who was domiciled in the State of California at the time of her death.

### Citizenship of Residential Credit Solutions, Inc.

As set forth in the Complaint, defendant Residential Credit Solutions, Inc. is a Delaware corporation with its principal place of business located at 4282 North Freeway, Fort Worth, Texas.

### Basis for Jurisdiction

Westbourne's owners/members are citizens of the states of Nevada, Florida and California; Residential Credit Solutions, Inc. is a citizen of the states of Delaware and Texas; and the amount in controversy exceeds $75,000.  Therefore, the Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332.

DATED:  November 28, 2011

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: _____
PAUL B. SALVATY
CAMERON M. KALUNIAN
Attorneys for Plaintiff Westbourne Capital, LLC

2

748231

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On **November 28, 2011**, I served the foregoing document(s) described as **PLAINTIFF WESTBOURNE CAPITAL, LLC'S RESPONSE TO ORDER TO SHOW CAUSE** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

**SEE ATTACHED LIST**

☒   **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐   **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐   **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐   **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on **November 28, 2011**, at Los Angeles, California.

H. _____

Helen Andranian

**SERVICE LIST**
**Westbourne Capital, LLC v. Residential Credit Solutions, Inc.**
**USDC Case No. CV 11-9193-GHK (RZx)**

Corporation Service Company which will do
business in California as
CSC – Lawyers Incorporating Service
Agent for Service of Process for
Residential Credit Solutions, Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA  95833

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

748324

**PROOF OF SERVICE**