WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 1167280
Jonathan D. Fink, Esq., SBN 110615
Magdalena D. Kozinska, Esq., SBN 258403
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant, RESIDENTIAL CREDIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTBOURNE CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Defendants. | Case No.: cv11-9193-GHK (RZx)<br><br>*Assigned to the Hon. George H. King*<br><br>**CERTIFICATE AND NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: November 4, 2011 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

The undersigned, counsel of record for Defendant, Residential Credit Solutions, Inc. ("RCS"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

1 | **WESTBOURNE CAPITAL, LLC**                          **Plaintiff**
2 | **RESIDENTIAL CREDIT SOLUTIONS, INC.**               **Defendant**

3 - Residential Credit Holdings, LLC, parent company of Residential Credit Solutions, Inc.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: December 2, 2011    By:    */s/ Jonathan D. Fink*
Jonathan D. Fink, Esq.
Attorneys for Defendant, RESIDENTIAL CREDIT SOLUTIONS, INC.

## PROOF OF SERVICE

I, Cindy A. Barragan, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On December 2, 2011, I served the foregoing document described as **CERTIFICATE AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE SERVICE LIST**

[ ] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2011, at Newport Beach, California.

Cindy A. Barragan

---

1
PROOF OF SERVICE

## SERVICE LIST

Paul B. Salvaty, Esq.
Cameron M. Kalunian, Esq.
Glaser Weil Fink Jacobs Howard Avchen & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
310-553-3000; Fax: 310-556-2920
Emails: psalvaty@glaserweil.com; ckalunian@glaserweil.com
*Attorneys for Plaintiff, Westbourne Capital, LLC*